None of the parties whose names were signed to these instruments appeared as witnesses.

The exhibits were admitted over the objection that same were hearsay and self-serving, denied appellant's constitutional right of being confronted with the witnesses who were going to testify against him and deprived him of the opportunity to cross-examine the witnesses who signed the instruments.

 The objection was well taken and should have been sustained, and the admission of the exhibits requires that the conviction be set aside.

The judgment is reversed and the cause is remanded.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for burglary, with punishment assessed at 2 years.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.